UNITED STATES of America, Plaintiff-Appellee,

v.

John F. BIG LEGGINS, Jr., Defendant-Appellant.

No. 16-30079

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted January 18, 2017 *

Filed January 25, 2017

Leif Johnson, Tim Tatarka, Assistant U.S. Attorneys, Office of the US Attorney, Billings, MT, for Plaintiff-Appellee

John F. Big Leggins, Jr., Pro Se

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

John Big Leggins, Jr., appeals pro se from the district court's order denying his motion to correct a clerical error in the judgment under Federal Rule of Criminal Procedure 36. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Big Leggins sought to correct the written judgment, which he contends erroneously states that restitution payments are to be made during his term of incarceration. He argues that this conflicts with the oral pronouncement of sentence, which he claims delayed restitution payments until the commencement of his supervised release term. We agree with the district court that there is no conflict between the written judgment and oral pronouncement of sentence, which was silent as to when restitution payments will commence. Thus, the district court did not clearly err in finding that there was no clerical error in the judgment that warranted correction

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

under Rule 36. See *United States v. Dickie*, 752 F.2d 1398, 1400 (9th Cir. 1985).

**AFFIRMED.**